UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case no. 23-mj-206 |
| v. | |
| **ANTHONY MASTANDUNO,**  Defendant. | |

### ORDER

This matter having come before the Court pursuant to a Motion to Continue, and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED *nunc pro tunc*; it is further

ORDERED that the hearing scheduled for November 14, 2023, is continued to December 14, 2023, at 1:00 PM; and it is further

ORDERED that the period of time between November 14, 2023, and December 14, 2023, shall be excluded from computing time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case. In addition, the time between November 14, 2023 and the issuance of this order is tolled due to the pending motion for a continuance.

**SO ORDERED.**

Washington, D.C.
November 21, 2023

HONORABLE ROBIN M. MERIWEATHER
United States Magistrate Judge